United States Federal Court District of New Mexico

Donald Sharp,
          Plaintiff

V.

Mischelle Lujan Grisham, and
New Mexico Governor's Office,
          Defendants

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 26 2021
MITCHELL R. ELFERS
CLERK
21cv839 KWR-SCY

## CIVIL COMPLAINT

Defendant, Grisham, is the principal who collects unlawful debts in violation of the Racketeering Influenced Corrupt Organization Act (RICO Act); 18 USC 1962. Defendendant is the "TOP DOG" principal, the leader of the N.M. RICO.

According to New Mexico law, NMSA 10-2-7, all elected officials of New Mexico must give oath and surety bond, and both oath and surety bond must be kept on file at the N.M. Secretary of State's Office in Santa Fe, N.M. Court case, Bowman Bank & Trust v. Risk National Bank, 1930, ruling states, "All elected officials must give oath and bond as required by law. If they do not give oath and surety bond, they have failed to oust imcumbant from office."

Plaintiff has a letter from the N.M. Secretary of States' Office that says they do not have surety bonds for any state officials. Therefore,

all state elected officials have failed to oust imcumbant from office and have no jurisdiction or authority of office. All elected officials are just defacto employees of the state wanting in dejure authority to perform the duties of office. They are all committing Major Fraud against the United States in violation of the RICO Act. They all have overthrown the government in violation of 18 USC 2385.

A RICO is an enemy of the United States. Therefore, Defendant and all other elected officials are enemies who adhere to, give aid and comfort to the domestic enemy RICO. This is a textbook example of Treason, 18 USC 2381. The maximum penalty for treason is to suffer death.

The U.S. has been in a State of War since established by G.W. Bush on 9-14-2001. This means the Defendant has committed high treason during war time and can be immediately executed.

Plaintiff seeks the immediate arrest, prosecution, and execution of the Defendant as allowed by U.S. law or Admiralty law. Donald Trump declared a National Disaster in May 2020. This triggered Executive Order 12227, 1979, which tranfers the powers of the President to the Director of FEMA, who reports to the Joint Chiefs. This means the constitution is suspended and Martial law exists, so the Defendant can be

immediately executed with a very brief military tribunal.

Plaintiff seeks to seize all the assets of the Defendant and the transfer/forfieture of said assets to the Plaintiff for punative damages under RICO Act and Executive Order, 12-21-2017.

Plaintiff also seeks $100Million from the Defendant, Governor's Office, State of New Mexico, in punative damages.

Plaintiff prays to GOD Almighty, Lord of Spirits, for justice and relief as requested herein.

PSALM 11.3
When the foundations are being destroyed, what does the righteous do?

The World is about to find out!

GO GOD!

Sharp v. Cunningham
Sharp v. American BAR

Dear Clerk,

I have already submitted 5 documents called, Application to proceed in the District Court without prepaying Fees and Costs. I am about to send 5 more. I have submitted 16 additional civil complaints with more on the way including these two, attached.

I do not think it necessary to keep providing the same information over and over. This is very inefficient and a waste of my time and can be viewed as a stalling tactic by the court to assist the Defendant's in my cases in avoiding and delaying their accountability to the law; therefore, I suggest you copy the Application and attach it to my complaints as needed. We are just getting warmed up. Here comes the perfect storm for justice.

Please send copies of the recorded documents to me at P.O. Box 3540, Milan, NM 87021

Regards,
Donald Sharp
Donald Sharp

PSALM 11.3
When the foundations are being destroyed,
    what does the righteous do?

Donald Sharp
P.O. Box 3540
Milan, NM 87021

Legal Mail

CoreCivic
Inmate Mail
Not responsible
for content

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 26 2021

MITCHELL R. ELFERS
CLERK

U.S. Federal Court Dist. of N.M.
Attention: Clerk
333 Lomas Blvd.
Albuquerque, NM 87102

Legal Mail
CONFIDENTIAL